John J. CUNNEY, Plaintiff–Appellant,

v.

PATRICK COMMUNICATIONS; W. Lawrence Patrick; Susan Patrick, Defendants–Appellees.

No. 16-1902

United States Court of Appeals, Fourth Circuit.

Argued: October 26, 2017

Decided: November 22, 2017

ARGUED: Neil James Ruther, LAW OFFICES OF NEIL J. RUTHER, LLC, Towson, Maryland; Kenneth Broh Frank, KENNETH B. FRANK PA, Baltimore, Maryland, for. Appellant. Harriet Ellen Cooperman, SAUL EWING LLP, Baltimore, Maryland, for Appellees. ON BRIEF: Brett S. Covington, SAUL EWING LLP, Washington, D.C., for Appellees.

Before TRAXLER and AGEE, Circuit Judges, and Loretta C. BIGGS, United States District Judge for the Middle District of North Carolina, sitting by designation.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Cunney appeals a district court order granting summary judgment against him in his action against Patrick Communications, LLC ("PCL"), W. Lawrence Patrick, and Susan Patrick, in which Cunney sought to recover commissions he claims he earned in his former capacity as a vice president and broker at PCL. Finding no error, we affirm on the reasoning of the district court. *See Cunney v. Patrick Commc'ns, LLC*, 191 F.Supp.3d 480 (D. Md. 2016); *Cunney v. Patrick Commc'ns, LLC*, No. JKB-13-2519, 2016 WL 3997289 (D. Md. July 26, 2016).

*AFFIRMED*